**Dismiss and Opinion Filed August 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00532-CV

### IN RE METHODIST CHARLTON MEDICAL CENTER, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10629-G**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

The parties have jointly moved to dismiss the petition for writ of mandamus advising the Court that they have settled the case underlying the petition. We grant the motion and dismiss the petition. *See In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (controversy is justiciable if real controversy exists between parties that will be actually resolved by judicial relief sought).

140532F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE